IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELIJAH JACKSON, JR,**

    **Plaintiff,**

v.                              **CASE NO. 5:11-cv-57-RS-CJK**

**EDWIN G. BUSS, Secretary,**
**Florida Department of Corrections,**
**et al.,**

    **Defendants.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 130) and Plaintiff's Objections (Docs. 176 & 177).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3. All pending motions are **DENIED** as moot.

4. The clerk is directed to close the file.

**ORDERED** on November 30, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**